Ismail Amin, Esq. (NV Bar No. 9343)
Lawrence Kulp, Esq. (NV Bar No. 7411)
Breane Stryker, Esq. (NV Bar No. 13594)
**THE AMIN LAW GROUP, NV., LTD.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 990-3583
Facsimile: (702) 990-3501
*Attorneys for Plaintiff, ABBEY DENTAL CENTER, INC.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ABBEY DENTAL CENTER, INC., a Nevada Corporation, | Case No. 2:15-cv-02069-GMN-PAL |
| Plaintiff, | **STIPULATION AND (PROPOSED) ORDER TO STAY PROCEEDINGS** |
| vs. | |
| CONSUMER OPINION LLC, a Nevada Limited liability company; DOES 1-10; and ROE ENTITIES 1-10, inclusive, | |
| Defendant(s). | |

Plaintiff, ABBEY DENTAL CENTER, INC., and Defendant, CONSUMER OPINION LLC, by and through their respective, undersigned counsel, do hereby stipulate and agree as follows:

1. The aforesaid parties are currently engaged in settlement negotiations.

2. In the meantime, to facilitate settlement and to minimize attorneys' fees and other legal expenses, the parties believe that the present civil action should be stayed.

3. Therefore, the parties agree that the Court may enter the following order and request that the Court do so accordingly:

    a. Except as otherwise provided below, this action shall be stayed for a period of thirty (30) days from the date this stipulation is filed with the Court.

    b. The stay shall immediately terminate upon Plaintiff's filing with the Court, and serving upon Defendant, a notice that Defendant must file an answer to Plaintiff's complaint in this action or otherwise respond to same in accordance with the *Federal Rules of Civil Procedure* and by no later than twenty-one (21) days after service of the notice.

    c. The parties stipulate that nothing in this delay shall be deemed to prejudice Defendant's right to file an Anti-SLAPP motion, under NRS 41.635 *et. seq.*

**SO STIPULATED AND AGREED** on this 6th day of January, 2016.

| **THE AMIN LAW GROUP, NV., LTD.** | **RANDAZZA LEGAL GROUP, PLLC** |
|---|---|
| // Ismail Amin // | // Marc J. Randazza // |
| ISMAIL AMIN, ESQ. | MARC J. RANDAZZA, ESQ. |
| Nevada Bar No. 9343 | Nevada Bar No. 12265 |
| 3960 Howard Hughes Parkway, Suite 500 | 3625 South Town Center Drive |
| Las Vegas, Nevada 89169 | Las Vegas, Nevada 89135 |
| Telephone: (702) 990-3583 | Telephone: (702) 420-2001 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated:_____

**The Amin Law Group, NV, Ltd.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89109
Phone: (702) 990-3583 / Fax: (702) 990-3501

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 6th of January 2016, I served a true and correct copy of:

**STIPULATION AND (PROPOSED) ORDER TO STAY PROCEEDINGS**, postage fully prepaid and addressed to the following:

\_\_\_\_ serving the following parties via US Mail, postage prepaid;

\_\_X\_\_ serving the following parties via CM/ECF;

\_\_\_\_\_ serving the following parties via facsimile;

\_\_\_\_\_ serving the following parties via Overnight Express;

Marc J. Randazza, Esq.
3625 South Town Center Drive
Las Vegas, NV 89135
*Attorney for Defendant*

          /s/ Teresa Armendariz
Teresa Armendariz
An Employee of THE AMIN LAW GROUP, NV., LTD.

**The Amin Law Group, NV., Ltd.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501