# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd of February, 2016, I served a true and correct copy of:

**STIPULATION AND (PROPOSED) ORDER TO STAY PROCEEDINGS (2nd Request)**,

postage fully prepaid and addressed to the following:

\_\_\_\_ serving the following parties via US Mail, postage prepaid;

__X__ serving the following parties via CM/ECF;

_____ serving the following parties via facsimile;

_____ serving the following parties via Overnight Express;

Marc J. Randazza, Esq.
3625 South Town Center Drive
Las Vegas, NV 89135
*Attorney for Defendant*

                           ____*/s/ Daniella Flandez*_____
                           Daniella Flandez
                           An Employee of THE AMIN LAW GROUP, NV., LTD.

**The Amin Law Group, NV., Ltd.**
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501