AMIN LAW GROUP, Ltd.
2211 MICHELSON Dr. * Ste. #1270
IRVINE, CA 92612
949-502-7715
*Attorney for:* Plaintiff

## UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA

| | |
|---|---|
| ABBEY DENTAL CENTER, A NEVADA CORPORATION<br><br>*Plaintiff*<br><br>CONSUMER OPINION LLC, A NEVADA LIMITED LIABILITY COMPANY<br><br>*Defendant* | Case Number: 2:15-CV-02069<br><br>PROOF OF SERVICE |

Norma Holland-Dunham, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Monday November 09 2015; 1 copy(ies) of the:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

I served the same on Tuesday November 10 2015 at 01:30PM by:

**Serving Defendant CONSUMER OPINION LLC, A NEVADA LIMITED LIABILITY COMPANY, BY SERVING NATIONAL REGISTERED AGENTS, INC. OF NV, REGISTERED AGENT**

Substituted Service, by leaving the copies with or in the presence of: SHANAE WOODY, ADMINISTRATIVE ASSISTANT ON BEHALF OF NATIONAL REGISTERED AGENTS, INC. OF NV, REGISTERED AGENT, PURSUANT TO NRS 14.020 SUBSECTION 6(B), AS A PERSON OF SUITABLE AGE AND DISCRETION AT THE ADDRESS BELOW, WHICH ADDRESS IS THE MOST RECENT ACTUAL PHYSICAL LOCATION IN THIS STATE AT WHICH THE REGISTERED AGENT IS AVAILABLE FOR SERVICE OF PROCESS, AS SHOWN ON THE CURRENT CERTIFICATE OF DESIGNATION FILED WITH THE SECRETARY OF STATE Authorized Agent. at the Defendant's Business located at 701 S CARSON ST, STE 200, CARSON CITY, NV 89701.

Pursuant to NRS 53.045, I declare under the penalty of perjury under the law of the State of Nevada that the forgoing is true and correct.
**Executed: Monday November 16 2015**

Affiant: Norma Holland-Dunham #R-061612
LEGAL WINGS, INC.
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638