# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th of June, 2016, I served a true and correct copy of:

**STIPULATION AND (PROPOSED) ORDER TO STAY PROCEEDINGS (6th Request)**,

postage fully prepaid and addressed to the following:

\_\_\_\_\_ serving the following parties via US Mail, postage prepaid;

\_\_X\_\_ serving the following parties via CM/ECF;

_____ serving the following parties via facsimile;

_____ serving the following parties via Overnight Express;

Marc J. Randazza, Esq.
3625 South Town Center Drive
Las Vegas, NV 89135
**Attorney for Defendant**

　　　　　　　　　　　　　_/s/ Daniella Flandez_
　　　　　　　　　　　　Daniella Flandez
　　　　　　　　　　　　An Employee of THE AMIN LAW GROUP, NV., LTD.

The Amin Law Group, NV., Ltd.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Phone: (702) 990-3583 / Fax: (702) 990-3501